U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

> Application granted. The Government shall file its response to Defendant's motion pending at Doc. 4 by March 17, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 6.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> February 18, 2022

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
United States Courthouse
300 Quarropas Street
White Plains, New York 10601

**Re:** *United States v. Sholam Weiss*, **21 Cr. 457 (PMH)**

Dear Judge Halpern:

    On or about January 31, 2022, Defendant Sholam Weiss, by counsel, submitted a motion for early termination of probation. The Government respectfully requests until March 17, 2022 to respond to the motion.

                                            Respectfully submitted,

                                            DAMIAN WILLIAMS
                                            United States Attorney
                                            Southern District of New York

                                  By: */s/ Stephanie Simon*
                                            Stephanie Simon
                                            Assistant United States Attorney
                                            (914) 993-1920

cc:    Leo Fox, Esq.