# LEO FOX, ESQ.

> Application granted. Defendant shall file his reply by April 28, 2022.
>
> The Clerk of the Court is respectfully directed to terminate the motion sequence pending at Doc. 9.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>       March 17, 2022

<u>**VIA ECF FILING**</u>

The Honorable Philip M. Halpern
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:    United States v. Sholam Weiss
        <u>Index No. 21 cr. 457 (PMH)</u>

Dear Judge Halpern:

     I represent Defendant, Sholam Weiss, in the above matter who submitted a Motion for Early Termination of Probation. By letter dated February 17, 2022, the Government requested an extension until March 17, 2022 to respond to Mr. Weiss's Motion which was unopposed by Mr. Weiss. On March 16, 2022, the Government filed its response.

     We respectfully request leave to reply to the Government response and to interpose such reply by April 28, 2022 after the Passover Holiday. We understand the Government has no objection to these requests.

     Thank you.

                              Very truly yours,

                              */s/ Leo Fox*
                              Leo Fox

LF:cb

cc:    Stephanie Simon, Esq.
        Sholam Weiss