# LEO FOX, ESQ.

April

<u>**VIA ECF FILING**</u>

The Honorable Philip M. Halpern
United States District Judge
United States District Courthouse
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:  United States v. Sholam Weiss
     <u>Index No. 21 cr. 457 (PMH)</u>

> In light of the additional information submitted on April 18, 2022 by the Defendant's family, the Court grants permission for Defendant to travel to Israel from May 17, 2022 to May 30, 2022.
>
> The Clerk of Court is respectfully directed to terminate the motion sequences at ECF 11, 14, and 15.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        April 19, 2022

Dear Judge Halpern:

    I respectfully ask permission pursuant to 18 U.S.C. § 3563(b)(14) for Sholam Weiss to travel to Israel while on supervised release. Mr. Weiss intends to travel to Israel with his wife, Goldie Weiss, from May 17, 2022 and to return on May 30, 2022 to visit his seven (7) grandchildren and two (2) great grandchildren, who reside in Israel, and attend a ceremonial event involving his youngest three year old grandson.

    On April 6, 2022, I spoke with his Probation Officer, Christina Alexander-Nezbeth, who told me that she has no objections to Mr. Weiss traveling to Israel provided that we demonstrate that the travel costs were gifted by his family and did not come from his resources.

    This request is unrelated to my Motion relating to my prior pending request for early termination of his probation.

    Thank you.

Very truly yours,

*/s/ Leo Fox*
Leo Fox

LF:cb

cc:  Stephanie Simon, Esq.
     Christina Alexander-Nezbeth
     Sholam Weiss